UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Minerva Montanez,

    Plaintiff,

-against-

Selip & Stylianou, LLP and Midland Funding, LLC,

    Defendant.

Docket No: 2:17-cv-02870-JFB-AYS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 12 2018 ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 2, 2018

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _/s Joseph Hess_
Joseph Hess, Esq.
88 Pine St, 21st Floor
New York, New York 10005
Tel: (212) 376-6438
*Attorneys for Defendant Midland*

**BARSHAY SANDERS, PLLC**

By: _/s Craig B. Sanders_
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111902
*Attorneys for Plaintiff*

The Clerk of the Court shall close the case.

SO ORDERED

_____
Joseph F. Bianco
USDJ
Date: March 12, 20 18
Central Islip, N.Y.